KASA
x8704

Case 3:20-mj-00001-AHG   Document 1   Filed 01/02/20   PageID.1   Page 1 of 2

OKMBL
1/2/20

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kevawn Anthony BARNES,<br><br>Defendant. | Magistrate Case No. 20MJ0001<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 18, U.S.C., Section 1544<br>Misuse of Passport |

The undersigned complainant being duly sworn states:

On or about January 1, 2020, within the Southern District of California, defendant Kevawn Anthony BARNES, did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number XXXXXX202, issued to G.P.L., to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not G.P.L., and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Steven S. Serrano, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 2nd day of January, 2020.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 1, 2020, at approximately 7:14 P.M., Kevawn Anthony BARNES (Defendant) made application for admission into the United States from Mexico as a passenger in an Acura RL through vehicle primary lanes at the San Ysidro Port of Entry. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States Passport bearing the name and photograph of G.P.L., as his entry document. The CBP Officer received a negative declaration from the driver of the vehicle who stated they were going to Mission Valley. The CBP Officer suspected Defendant was an imposter to the passport presented and requested assistance. CBP Officers responded and escorted occupants to secondary for further investigation.

In secondary, a more thorough inspection confirmed that Defendant was not the legal owner of the United States passport presented. In secondary, Defendant's fingerprints were obtained and queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned matches to the queries, revealing Defendant's true name and identity and also linked him to Department of Homeland Security (DHS) records which identify Defendant as a citizen of Jamaica without legal documents to enter the United States.

On January 1, 2020 at approximately 11:11 P.M., Defendant was advised of his Miranda rights and elected to answer questions. Defendant stated he is a citizen of Jamaica with no documents to legally enter, pass through or reside in the United States. Defendant stated he knows it's illegal to enter the United States without legal documents. Defendant stated he was enroute to San Diego, CA to seek work and residence.